

**FILED**

**1:03 pm, 4/19/24**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH LEE BEECHER,

Defendant.

Case No. 1:22-CR-00028-ABJ

**ORDER ADOPTING THE FINDINGS OF THE FORENSIC REPORT AND FINDING DEFENDANT COMPETENT TO PROCEED TO TRIAL**

**THIS MATTER** comes before the Court following the completion of a competency evaluation ordered by this Court on February 22, 2023. *See* ECF No. 62; ECF No. 64. *See* ECF No. 64. Joseph Lee Beecher was examined by FMC Devens clinical staff pursuant to 18 U.S.C. § 4241(d), and he was deemed competent under 18 U.S.C. 4241(e). ECF No. 64 at 1–2. Specifically, "[i]n the opinion of [the] clinical staff, Mr. Beecher currently presents without any evidence of acute psychiatric symptoms or cognitive deficits which would serve as a limiting factor on his current or future competency abilities." *Id.* And as such, "he is able to understand the nature and consequences of the proceedings against him and to assist properly in the defense of the claims brought against him." *Id.* Neither the Defendant nor the Government oppose the findings of the report. Therefore, after reviewing the forensic report (ECF No. 64 at 3–21) and holding a competency hearing on April 18, 2024 (*See* ECF No. 65), we hereby adopt the findings of the forensic report, and find Mr. Beecher to be competent to stand trial.

IT IS SO ORDERED.

Dated this 19th day of April, 2024.

_____
Alan B. Johnson
United States District Judge