**FILED**



*11:55 am, 4/25/24*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                              Plaintiff,

vs.

Joseph Lee Beecher

                            Defendant.

Case Number: 1:22-CR-00028-ABJ-1

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 04/25/2024    Time: 11:05am - 11:50am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Nick Spanos |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | N/A | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s)    Tom Fleener

Attorney(s) for Government   Margaret Vierbuchen

Other:

(The victim, her attorney and other family members joined by telephone conference)
Defendant answers questions of the Court and Govt Counsel.
The Court will grant the Defendant's request to represent himself, with Mr. Fleener appointed
as standby counsel, to assist with procedural matters and to take over the defense if required.
The Court has determined that Mr. Beecher has voluntarily and freely, at his request,
relinquished his right to counsel in this matter.
Discovery to be provided to Mr. Beecher by 5/3/24.
Copy of discovery and scheduling order [ECF 25] provided to Mr. Beecher. The pretrial
deadlines set forth will govern this case unless necessity arises that they be amended..
Copy of Local Criminal Rules provided to Mr. Beecher.
Copy of offer provided to Mr. Beecher with a deadline of 8/3/24.
Jury Trial will be set for Tuesday, 9/3/24 at 9:30 AM, by separate order.