# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*9:48 am, 4/26/24*

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 1:22-CR-00028-ABJ-1 |
| Joseph Lee Beecher | |
| Defendant. | |

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 04/26/2024    Time: 9:33am - 9:44am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Nick Spanos |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| N/A | N/A | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s)    Pro Se (with Tom Fleener appearing as standby counsel)

Attorney(s) for Government    Margaret Vierbuchen

Other:

Hearing held via Zoom video conference.
The Court will be unavailable for the currently scheduled trial date.
Jury Trial will be reset for 8/26/24 at 1:30 PM by separate order.