22cr28J

# Certificate of service

This is to certify that on the 25th day July, 2024, I served a true and correct copy of the foregoing documents upon the clerk of the court, for the US District Court of Wyoming.

1. A motion to Subpoena - comprised of a subpoena name list, 4 pages of a Subpoena Duces Tecum list and a cover sheet.

2. A notice of Intent to use Evidence at Trial - 2 pages

3. The witness qualifications in the discovery that was sent to the prosecutor. I'm sending them to you because their qualifications often tell where they work or have other clues for locating them. If there are no clues in their qualifications, look to the bottom of their section for any location ideas I had. Several pages had two witnesses to a page - fyi  22 pages ⟩
(use pg numbers on the bottom left of page)

I'm releasing this to CO Barber at 3:08 pm on 7/25/24.

Cassidy Barber


GENERAL NOTARY - State of Nebraska
CASSIDY L BARBER
My Comm. Exp. February 13, 2028

MARGARET BOTKINS, CLERK
CHEYENNE
2024 JUL 29 PM 12:56
U.S. DISTRICT COURT
DISTRICT OF WYOMING
FILED

# NOTICE OF MOTION TO SUBPOENA

Joseph Lee Beecher
Defendant

VS.   Case No: 22-CR-00028-J

The United States of America

This motion to subpoena is comprised of a list of people, books, papers, videos, death certificates and websites that will need to be accessed in trial. The defendant is Pro Se and is incarcerated! The books will have to be subpoenaed from the publishers as soon as possible, so both the defendant and the prosecutor can have ample time to go over them. If a legal assistant is available to help locate materials online, the defense would request the help, as his side counsel was instructed to only assist the defendant in procedural issues. The people are US citizens but their addresses are unknown. Finally, the defendant asks that the jail be ordered to allow the defendant the books and make an exception to their '5 books at a time' policy. In addition, their is Boyd Graves' "flow-chart" to be subpoenaed as well.

Respectfully Submitted

Subpoena duces tecum   Joseph Beecher
Case No: 22-CR-00028-J

Boyd Graves' 1971 AIDS 'Flow' chart - listed as a witness*
Tucker Carlson's Show/video entitled "11 million" aired 4/5/21
Mark Halperin's list of dead microbiologists and death certificates
listed as a witness*                    (for confirmation)

Celeste Solum's video interview - listed as a witness*

The architects and engineneers for 9/11 video - this video can be
subpoenned at the contact address for the website below.
The website: www. 911TRUTH.org - need access allowed

The website Technocracy. News

The websites: AndrewKaufmanmd.com & Davidicke.com

The website: www. Congress.gov

          The 4 witnesses underlined above
are to bring with them the item next to their
names.
          Mark Halperin will not have the Death
Certificates, those will have to be attained thru
the office of vital statistics in their respective
communities.

          The websites can be accessed thru any laptop
in the courtroom

                                        pg 1

Subpoena Duces Tecum

Joseph Beecher  Case No: 22-CR-00028-J

＊ If the number is circled, both the author and the book are summonsed, otherwise just the book.

1. Behold a Pale Horse  by William Cooper

2. The Pentagon's Brain  by Annie Jacobsen

3. The Answer  by David Icke.

④ The 'Real' Anthony Fauci  by Robert Kennedy, Jr.

⑤ A Trillion dollar conspiracy  by Jim Marrs

6. The Trigger  by David Icke

7. The Death of a Nation  by George Grundy

⑧ The True story of the Bilderberg Group  by Daniel Estulin

⑨ Project Day Lily  by Garth and Nancy Nicholson

⑩ AIDS and the Doctors of Death  by Alan Cantwell, Jr.

⑪ Microwaving Our Planet: The environmental impact of the wireless revolution  by Arthur Firstenberg.

12. The Broken Cross  by Piers Compton

13. Pedophilia Empire  by Joakim Phoakium          pg 2

Subpoena Duces Tecum

Joseph Beecher Case No: 22-CR-00028-J

14) What really makes you ill - Why everything you thought you Knew About disease is wrong by Dawn Lester and David Parker
15) Gov't bullies: How everyday Americans are being harassed, abused and imprisoned by the Feds by Senator Rand Paul
16) Technocracy Rising by Patrick Wood
17) Working paper 698 entitled "29 Trillion" by James Felkerson of the Levi Economic Institute of Kansas City
18) The Invisible Rainbow: A history of Electricity and life by Arthur Firstenberg.
19) The Oxford Dictionary of Physics - 8th Edition (2019)
20. The Bible
21) Rule by Secrecy by Jim Marrs
22. The New World Order by Ralph Epperson
23. One World Order by Gary Kaw
24. The Secret Government by William Cooper
25. The CFR Conspiracy by Phoebe Courtney
26. Imperial Brain Trust: The Council on Foreign Relations and US Foreign Policy by Lawrence Shoup and William Minte
27. The Occult Conspiracy by Michael Howard
28. Conspirator's Hierarchy by John Coleman
29. Rape of the Constitution; Death of Freedom by Gyeogos Haton
30. The Secret Destiny of America by Manly P. Hall
31. Trilateralism; " " to govern the World by Holly Sklar
32. Holy Blood, Holy Grail by Baigent, Leigh and Lincoln
33. The Messianic Legacy by Baigent, Leigh and Lincoln
34. Tragedy And Hope by Carroll Quigley                    pg 3

# Subpoena Duces Tecum

Joseph Beecher Case No: 22-CR-00028-J

35  Standing up to Goliath by Rebecca Friedrichs
36  The deliberate dumbing down of America by Charlotte Iserby
37  Hopes Husband by Nord Davis, Jr.
38  The Tavistock Institute - Sinister and Deadly by John Colema
39  The Human Dimension; Experiences in policy research by
     Hadley Cantril
40  The Wise Men by Walter Isaacson and Evan Thomas

pg 4

Subpoena list:   For Case No: 22-CR-00028-J   (Joseph Beecher)

1) Robert Kennedy, Jr.
2) Boyd Graves
3) Mark Halperin
4) Daniel Estulin
5) Vera Sharav
6) Lynn Margulis
7) Abby Martin
8) Andrew Kaufman
9) John Farmer
10) Martin Pall
11) Cameron Kyle-Sidell
12) Tucker Carlson
13) Dawn Lester
14) David Parker
15) Scott Jensen
16) Tareq Haddad
17) Tulsi Gabbard
18) Annie Bukacek
19) Shiva Ayyadurai
20) Jim Marrs
21) Celeste Solum

22. John Ioannidis
23. Rand Paul (US senator)
24. Devra Davis
25. Joel Moskowitz
26. Patrick Wood
27. Rashid Buttar
28. Dan Erickson
29. Artin Massihi
30. Alan Cantwell, Jr.
31. Garth Nicholson
32. Nancy Nicholson
33. Arthur Firstenberg

Circled names indicate they
are to bring information with them

pg 5

*shall file a Notice of such intent no later than 14 days PRIOR to Trial !!!*

NOTICE of INTENT TO USE EVIDENCE AT TRIAL   Case No: 22-CR-00028-J
Pursuant to Fed. R. Evid. 404(b) AND 807                    Joseph Beecher

The defense intends to use the following at trial:

1. The books on the subpoena duces tecum list

2. The witnesses on the subpoena list

3. A Bill Gates "visual aid"
   (A 'spider web' of Gates' connections to the "pandemic" and to the United Nations and the Bilderberg Group's Agendas — the defense only has one copy. The visual aid is too large to make copies at the jail but is available for the prosecutor to read and take photographs of. It is with the prisoner at Scottsbluff Detention Center in Scottsbluff, Nebraska.)

4. Boyd Graves' 1971 AIDS 'flow' chart

5. Mark Halperin's list of dead microbiologists

6. Celeste Solum's video

7. The Architects and engineeners for 9/11 video

8. The websites: www. 911TRUTH. org
                 www. AndrewKaufmanmd.com
                 www. Technocracy. News      } Need Access Allowed
                 www. Davidicke. com                    page. 1

# Notice of Intent to use Evidence At Trial

9. Tucker Carlson's video from Fox News entited: "11 million" - showed Aired on 4/5/21

10. The website www.Congress.gov - Need Access Allowed

Case No: 22-CR-00028-J
Joseph Beecher

Continued Reciprocal Discovery

United States of America                    Date: 7/ /2024

Case No: 22-CR-00028-J

Joseph lee Beecher
    Defendant

A list of the books the defendant intends to
subpoena has been included in this 'Continued Reciprocal
Discovery'. As before stated, the defendant has two
of them in his possession. The prosecutor may inspect,
copy or photograph them but may not take possession
of them. The defense council needs them.
     An additional number of witnesses have been
added. The defense is with-in it's time allotment and is
complying with continued discovery procedure.
     A list of witnesses has been included, most of the names
you already have, however NO signatures of witness's were
able to be obtained due to both the defendant and the
defense council being incarcerated.

                        Joseph lee Beecher - Pro Se
                              84885-509
                        Scotts Bluff County Detention Center
                        2522 7th Street
                          Gering, NE 69341

# Continued Discovery

◊ Rashid Buttar

◊ I intend to elicit his professional opinion of his "Covid-19" experience and specifically what he saw with death certificate manipulation and fraud.

◊ The foundation(s) and reason(s) for this is to expose a facet of the sinister ruse that the "pandemic" really was.

◊ The witness's qualifications are that he's an osteopathic physician from Charlotte, North Carolina.

◊ I know of no publications or previous testimonies of his.

13

◊ DAN ERICKSON AND ARTIN MASSIHI

◊ I INTEND to elicit their professional opinion AND their personal experience with "Covid-19".

◊ The Foundation(s) AND reason(s) for this Are to reveal the blatant lies that the media was broadcasting to incite fear AND panic Amongst the public AND in-so-doing usher in cooperation AND compliance to the draconian lockdown measures the federal gov't imposed on it's people that would bring about financial devastation to untold numbers of the US population.

◊ The witnesses' qualifications Are that they are both Doctors at Accelerated Urgent Care in Bakersfield, CA.

◊ Dr. DAN ERickson held A news conference, with Dr. Artin Massihi in April of 2020. I know of no other publications of theirs nor Am I Aware of ANY testimonies of theirs.

14                                                              2

◊ John Ioannidis

◊ I intend to elicit his professional opinion and personal experience with the "Covid-19" "pandemic".

◊ The foundation(s) and reason(s) for this is to reveal the lack of evidence there was to justify the "pandemic" designation and the response measures that followed.

◊ The witness's qualifications are that he's a Professor of Medicine, Health Research and Policy and Biomedical Data Science at Stanford University's School of Medicine.

◊ I know of no publications or previous testimonies of his

15

3

◊ Rand Paul

◊ I intend to elicit his professional opinion and experience of the federal gov't of the United States.

◊ The foundation(s) and reason(s) for this are to reveal his perspective from the inside of the US Senate.

◊ The witness's qualifications are that he is a United States Senator. (from Kentucky I believe)

◊ Senator Paul has written atleast one book that I'm aware of. The book is on the Subpoena Duces Tecum list. His book is entitled: "Government Bullies; How everyday Americans are being harassed, Abused and imprisoned by the Feds." I know of no other publications or testimonies of his.

16                                                    4

◊ Devra Davis

◊ I intend to elicit her professional opinion on 5G
health impacts and safety tests or lack there of.

◊ The foundation(s) and reason(s) for this are to expose
the complete disregard for human safety the federal
gov't and the tele-communications industry have for
human life.

◊ The witness's qualifications are that she's an
internationally-renowned epidemiologist, President of
the Environmental Health Trust and Director of the
Center for Environmental Oncology at the University
of Pittsburgh.

◊ I know of no publications or previous
testimonies of hers.

17

5

◊ Joel Moskowitz

◊ I intend to elicit his professional opinion of the deployment of 5G

◊ The foundation(s) and reason(s) for this are to reveal 5G effects on the human body and pathogens

◊ The witness's qualifications are that he's a public health professor at the University of California, Berkeley.

◊ I know of no publications of his or previous testimonies.

18

6

◊ Alan Cantwell, Jr.

◊ I intend to elicit the witness's professional opinion of who created what causes 'AIDS' and why.

◊ The foundation(s) and reason(s) for this is expose the truth behind over a hundred million murders and establish that the gov't is not only capable of this kind of thing but has, in-fact, done it! This sets the precedent for the validity of concerns over the "Covid-19" vaccinations, since we know "Covid-19" isn't what they say it is.

◊ The witness's qualifications are that he's a professional author and researcher and his written on the subject.

◊ The witness has one publication that I'm aware of: "AIDS and the Doctors of Death"

The witness has no previous testimonies that I'm aware of

* For location purposes, find the book & it will probably tell you where he calls home, if not - contact the publisher.

19                                                          7

◊ Garth and Nancy Nicholson

◊ I intend to elicit their knowledge of Project 'Day Lily'. What it was, who did it and why.

◊ The foundation(s) and reason(s) for this is bring attention to Garth and Nancy's exposé of the 'Project' that saw the US federal gov't use it's own citizen populace as unconsenting, unsuspecting "research monkeys".

◊ The witnesses' qualifications are that they researched and published a book on the "project".

◊ The witnesses' have one publication that I know of, the above mentioned book entitled: 'Project Day Lily'

I'm aware of no testimonies of either witness

* For location purposes, find the book & it will probably tell you were they call home, if not - contact the publisher.

20                                                                    8

◊ Patrick Wood

◊ I intend to elicit his professional opinion on what the technocracy is and why it's a Big Deal!

◊ The foundation(s) and reason(s) for this are to expose what the plan is for the gov't of the United States and ultimately the fate of 'We the People'.

◊ The witness's qualifications are that he's a professional researcher and author on the subject of the technocracy.

◊ The witness has published the book: Technocracy Rising

I know of no other publications of his nor do I know of any testimonies of his

For location purposes, try the book

21                                                    9

◊ Arthur Firstenberg

◊ I intend to elicit his professional opinion on the health effects of electromagnetic radiation and if there is any relationship between electromagnetic radiation and "influenza" epidemics.

◊ The foundation(s) and reason(s) for this are to re-expose what the federal gov't and the tele-communication industry keep hiding.

◊ The witness's qualifications are that he's a scientist, journalist and author.

◊ The witness has two books that I'm aware; 1.) The Invisible rainbow: A history of Electricity and Life. And 2.) Microwaving Our Planet: The environmental impact of the wireless revolution

I know of no testimonies of his

For location purposes, try his books

22                                                          10

Reciprocal Discovery

Witness:  Robert F. Kennedy, Jr.

◊ The defense intends to elicit his professional opinion of Anthony Fauci, Bill Gates and his numerous fronts, and vaccines in general.

◊ The defense intends to elicit his professional opinion of the Department of Health and Human Services, the US health department, the National Institute of Health, the National Institute of Allergies and Infectious Diseases, the Centers for Disease Control and the World Health Organization.

◊ The defense intends to elicit his professional opinion of why he believes the CIA and the military were involved in the 'pandemic'.

◊ The foundation(s) and reason(s) for this is to establish, for the jury, the opinion of someone who has researched extensively on these subjects and has published his findings, in an effort to warn the general public of who these individuals and agencies really are.

◊ The witness's qualifications are the extensive research he's done on the subject matter mentioned above as well as being an advocate for the transparency of vaccines, their composition and their history. In addition, he's an attorney and a professional author on the precise subject matter mentioned above.

◊ Publication Authored: "The Real Anthony Fauci"

◊ No known other cases in which he's testified.

3 of 14

He's running for President — He should be easy to locate

Reciprocal Discovery

Witness: John Farmer

◊ The defense intends to elicit his professional opinion of the 9/11 commission And his experience during the investigation.

◊ The foundation(s) And reason(s) for this is to expose the cover up of the 'terrorists Attacks' of Sept. 11th, 2001.

◊ The witness's qualifications Are that he WAS A Senior Counsel member of the 9/11 commission, As well As the former Attorney General of New Jersey.

◊ I Know of No publications of his.

◊ I Know of No previous testimonies of his, sAve the 9/11 commission And references of his to And About it.

Witness: Tulsi Gabbard

◊ The defense intends to elicit her professional opinion of what the wars in the middle east Are really About.

◊ The foundation(s) And reason(s) for this is to expose what the American-Israeli wars Are really All About And how that connects to Sept. 11th, 2001.

◊ The witness's qualifications Are that she's A former Presidential candidate And A former Hawaiian rep or Senator

◊ I Know of No publications of hers

◊ I Know of No previous testimonies of hers

2

4 of 14

## Reciprocal Discovery

## Witness: Abby Martin

◊ The defense intends to elicit the experience of the cause of the witness's lawsuit

◊ The foundation(s) and reason(s) for this is to show the blatant treason that is rampant in this nation!

◊ The witness's qualifications are that the 'experience' happened to her. She was prevented from speaking at Georgia Southern University for refusing to sign a Pledge of Allegiance to ISRAEL!

◊ I know of no publications of hers, unfortunately.

◊ I know of no previous testimonies of hers

## Witness: Tareq Haddad

◊ The defense intends to elicit the reason and story behind his resignation from Newsweek as well as his experience of the US gov't, in newsrooms.

◊ The foundation(s) and reason(s) for this is to expose the US gov't's manipulation of mainstream media 'news'

◊ The qualifications of this witness are that he's a professional journalist and has personal experiences with the US gov't blocking his stories when it was inconvenient for them

◊ I know of no publications of his

◊ I know of no previous testimonies of his

3

# Reciprocal Discovery

Witness: Vera Sharav

◊ The defense intends to elicit her experiences
during the 'pandemic'.
◊ The foundation(s) and reason(s) for this is to expose the
military and CIA's involvement in a so-called 'medical
emergency'
◊ The qualifications of this witness are that she is an
eye witness.
◊ I know of no publications of hers
◊ I know of no previous testimonies of hers
* You can find her in Kennedy's book *

Witness: Tucker Carlson

◊ The defense intends to elicit his findings, from the
research he and his staff did for but just a few of his shows.
◊ The foundation(s) and reason(s) for this is to supplement
other author's and researcher's findings with yet more
supporting evidence from yet another source.
◊ The qualifications of this witness are that he is a professional
journalist and as such, does investigative research.
◊ I know of no publications of his
◊ I know of no previous testimonies of his

* For location purposes, he has a news show working
thru twitter — a podcast maybe.

4

6 of 14

Reciprocal Discovery

Witness: Andrew Kaufman

◊ The defense intends to elicit his professional opinion of what he found the "Covid-19" story and what he found "Covid-19" to actually be.

◊ The foundation(s) and reason(s) for this is to expose the 'pandemic' for the sinister ruse that it was.

◊ The witness's qualifications are that he's a Doctor of Medicine and former Medical Instructor of Hematology and Oncology at the Medical School of South Carolina, he's a practicing forensic psychiatrist in New York State, who also studied at Massachusetts Institute of Technology.

◊ I know of No publications of his

◊ I know of No previous testimonies of his

Witness: Cameron Kyle-Sidell

◊ The defense intends to elicit his professional opinion of 'Covid-19' and his personal experience with the 'pandemic'.

◊ The foundation(s) and reason(s) for this is to expose what he was really seeing in the New York Intensive Care Unit!

◊ The witness's qualifications are that he's a Doctor who worked in the ICU, in New York, during the 'pandemic'

◊ I know of No publications of his

◊ I know of No previous testimonies of his

5

Reciprocal Discovery

Witness: Boyd Graves

◊ The defense intends to elicit his professional opinions on the evidence trail of the malady referred to as 'AIDS'
◊ The foundation(s) and reason(s) for this is to expose the evidence trail of 'AIDS' and where it leads.
◊ The witness's qualifications are that he has done extensive research on the epidemic and has produced a 'Flow chart', an evidence crumb trail, if you will, that leads unequivocally to the US gov't as the source of origin! In addition, he's a Naval Academy Graduate and an Attorney.
◊ Beyond the 'Flowchart', I know of no other publications of his.
◊ I know of no other testimonies of his
  \* Jim Marrs may be able to help locate \*

— Witness: Mark Halperin

◊ The defense intends to elicit the list of dead micro-biologists that his research uncovered and the nature of their deaths.
◊ The foundation(s) and reason(s) for this is to expose the many obvious murders and many more suspicious deaths of such a small group of scientists.
◊ The witness's qualifications are unknown but the deaths on his list can be corroborated.
◊ Beyond his list of dead microbiologists, I know of no other publications of his
◊ I know of no other testimonies of his
  \* Jim Marrs may be able to help locate \*

6                                                                                   8 of 14

Reciprocal Discovery

Witness: Scott Jensen

◊ The defense intends to elicit his experience during the 'pandemic'
◊ The foundation(s) and reason(s) for this is to expose the financial incentives hospitals had to offer an unsubstantiated diagnosis on patients
◊ The qualifications of this witness are that he is a Doctor and a former senator of Minnesota.
◊ I know of no publications of his
◊ I know of no previous testimonies of his


Witness: Annie Bukacek

◊ The defense intends to elicit her experience during the 'pandemic'
◊ The foundation(s) and reason(s) for this is to expose the 'death certificate manipulation' that was happening during the 'pandemic'.
◊ The qualifications of this witness are that she's a board certified internal medicine physician and a council member and 'fellow' of the American College of Physicians - Montana chapter.
◊ I know of no publications of hers
◊ I know of no previous testimonies of hers

7

Reciprocal Discovery

Witness: Lynn Margulis

◊ The defense intends to elicit her professional opinion of viruses

◊ The foundation(s) and reason(s) for this is to challenge and correct the misconceptions the public has (and most likely the jury) about viruses.

◊ The witness's qualifications are that she's an acclaimed biologist and a member of the National Academy of Sciences

◊ I know of no publications of hers

◊ I know of no previous testimonies of hers

Witness: Shiva Ayyadurai

◊ The defense intends to elicit his professional opinion of viruses

◊ The foundation(s) and reason(s) for this is to challenge and correct the misconceptions the public has (and most likely the jury) about viruses

◊ The witness's qualifications are that he's a scientist and biological engineer at the Massachusetts Institute of Technology

◊ I know of no publications of his

◊ I know of no previous testimonies of his

8

Reciprocal Discovery

Witnesses: Dawn Lester and David Parker

◊ The defense intends to elicit from them there professional opinions of what their research revealed to them on the subject of disease.

◊ The foundation(s) and reason(s) for this is to challenge the misconceptions the public has (and most likely the jury) about disease.

◊ The witnesses's qualifications are the extensive research they did and the publication of the book they co-authored: "What Really Makes You Ill - Why everything you thought you knew About disease is wrong."

◊ I know of no other publications beyond the one mentioned above.

◊ I know of no other testimonies of either witness
   * Find the book to find them *

- Witness: Celeste Solum

◊ The defense intends to elicit from her, her experience as a FEMA Employee and what she became aware of, with with regard to the vaccines

◊ The foundation(s) and reason(s) for this is to expose a Federal Emergency Management Agency's employee's experience.

◊ The witness's qualifications are that she was a former FEMA employee

◊ I know of no publications of hers

◊ I know of no previous testimonies of hers

9

* Search for her video online to pick up trail to find her *

# Reciprocal Discovery

## Witness: Jim Marrs

◊ The defense intends to elicit his professional opinions of who the US government really is and his opinion on who the globalist's really are and what their objective is.

◊ The foundation(s) and reason(s) for this are to expose what the globalists have done and why and what it means for the citizens of the United States

◊ The witness's qualifications are that he has done extensive research on this subject and has written several books.

◊ The witness has published several books: "Above Top Secret," "Rule by Secrecy" and "The Trillion Dollar Conspiracy", there may be others.

◊ I know of no testimonies of his

* Try his books for location purposes *

10

## Reciprocal Discovery

Witness: Daniel Estulin

◊ The defense intends to elicit his professional opinion of who the Bilderberg Group is, what they do, and what their objective is.

◊ The foundation(s) and reason(s) for this is to expose this group to the jury

◊ The witness's qualifications are that he has extensively researched this organization, been to their meetings, worked with contacts (who were people on the inside) and wrote the book "The true story of the Bilderberg Group".

◊ I know of no other publications of his

◊ I know of no other testimonies of his

＊ Try his book for location purposes ＊

11.                                                                13 of 14

Reciprocal Discovery

Witness: Martin Pall

◊ The defense intends to elicit his professional opinion of 5G, what it is and what it can do to the human body as well as to animals, insects and plant life.

◊ The foundation(s) and reason(s) for this is to expose the threat that 5G is and to expose people like Elon Musk, John Malone and others who run telecommunications companies and the politicians and government officials who allow this 5G nightmare to be created!

◊ The witness's qualifications are that he is a Professor Emeritus of biochemistry and Base Medical Sciences at Washington State University

◊ I know of no publications of his

◊ I know of no previous testimonies of his

Joseph Beecher 84885-509
Scotts Bluff Detention Center
2522 7th Street
Gering, NE 69341

Retail

U.S. POSTAGE PAID
FCM LG ENV
GERING, NE 69341
JUL 26, 2024

82001

$11.82

RDC 99

R2304M110253-7

9589 0710 5270 1594 9402 05

Clerk of the Court
ATN: Maggie Botkins
2120 Capital Ave suite 2131
Cheyenne, Wy 82001