Joseph Lee Beecher

Joint Status Report

CASE No: 22-CR-00028-J

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 AUG 19  PM 12: 56

MARGARET BOTKINS, CLERK
CHEYENNE

◊ The defendant has yet to hear even so much as an acknowledgement of reciept from the court with regards to his application for the 'necessity defense' or his motion to subpoena or the 'intent to use evidence'.

◊ The court has had the application for the 'necessity defense' for 3 weeks and the motion to subpoena and the 'intent to use evidence' for more than 2 weeks at the time of writing this report.

◊ The defendant was under the impression this report would be given in some kind of pre-trial conference but due to the lack of acknowledgement of reciept from the above mentioned application for the 'necessity defense', the motion to subpoena and the 'intent to use evidence' has decided to mail, as the defendant believes he is being ignored intentionally.

◊ The defendant needs to know what the court has done with the application for the 'necessity defense', his motion to subpoena and the 'intent to use evidence' in order for him to know if he is, in fact, ready for trial.

◊ Please respond immediately

Cassidy Barber
8-12-24

GENERAL NOTARY - State of Nebraska
CASSIDY L BARBER
My Comm. Exp. February 13, 2028

Respectfully Submitted,

Joseph Beecher

Certificate of Service

This is to certify that on the 12th of August, 2024, I served a true and correct copy of the foregoing document upon the US District Court of Wyoming.

◊ A Joint Status Report

Cassidy Barber
8-12-24

GENERAL NOTARY - State of Nebraska
CASSIDY L BARBER
My Comm. Exp. February 13, 2028

I'm releasing this to CO Barber at 2:52 pm on 8/12/'24.
Joe Beecher

ee Beecher

tsBluff Detention Center

522 7th Street

Gering, NE 69341

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 1484 8168 18

Retail





U.S. POSTAGE PAID
FCM LG ENV
GERING, NE 69341
AUG 13, 2024

82001

RDC 99

**$6.35**

R2305H128300-10

Clerk of the Court
ATTN: Maggie Botkins
US District Court of Wyoming
2120 Capital Ave   suite 2131
Cheyenne, WY 82001