# Voir Dire Questions of Joe Beecher
## — pages 1-4 —

- Can you explain how Tower Seven of the World Trade Center "Complex" collapsed on Sept. 11 2001? just yes or no please.

- Can you explain how the BBC knew it would fall 28 minutes before it did? just yes or no please

- Can you explain how a 767 jet aircraft, with a wing-span of 130' feet, can crash into the Pentagon and leave a hole only 18' feet wide? just yes or no please

pg 1

- Do you know who any of these organizations are and what they do?
  1.) Amnesty International
  2.) Open Society Foundation
  3.) "The New Center"
  — just yes or no please —

- Did you know the Federal Reserve System is a sovereign power structure, seperate and distinct from the Federal US government (as in privately owned)? — just yes or no please —

- Did you know that Federal Reserve Notes, i.e., paper currency, are not 'money', they are a debt obligation of the Federal US gov't?   yes or no

- Finish this sentence. Real money is ...

- Due to 'quantative easing', how much would a $100.⁰⁰ be worth if it were still backed by gold?

- How many banks in the US have been "bailed out" by US taxpayers?

- How many claims are there in the US per ounce of gold?

- What is the current amount of unfunded liabilities the federal gov't of the US owes it's citizens for Social Security and Medicare?

- What is the current national deficit?

pg 2
- What is the current national gross domestic product?

- In 1913 there were 14 pages of "tax code" in the US. How many are there today?

- Who owns the "Internal revenue service"?

- In what year did a jury find US federal agencies complicit in the assassination of Martin Luther King, Jr.?

- What does PNAC stand for?

- Who created the United Nations (specifically)?

- In the US, who created the Board of Education?

- Do you know who Yuri Bezmenov is? y or N
- Do you know who William Cooper is? y or N
- Do you know who the Sabbatian-Frankists are? y or N
- Do you know what Wahhabism is? y or N
- Do you know anything about Mayer Amschel Rothschild? -just yes or no please-
- Are you familiar with United Nations Agenda 21 or 2030? yes or no

Pg 3

- Do you know who Dov Zakheim is? yes or no
- Do you know who the Behavioural Insights Team is? yes or no
- Have you ever heard of "the Good Club"? yes or no
- Do you know what Scroll & Key & Skull & Bones refer to? y or N
- Do you know what 'Event 201' is? y or N
- Do you know what the Mossad is? yes or no

Do you believe people fear the US federal gov't? y or N

Do you know how much carbon dioxide it takes to increase the global temperature by 1°? yes or no

Do you know what Electromagnetic Radiation is? yes or no

pg 4

A human hair is about ___ nano meters in diameter?

Do you know what carrier waves are? yes or no

Do you know what transhumanism is? y or N

Do you know who Henry Kravis is? y or N

*Joe Bushn* (signature)

*Larry S* (signature)

GENERAL NOTARY - State of Nebraska
LARRY C SEAMAN II
My Comm. Exp. August 8, 2027