FILED

Margaret Botkins
Clerk of Court

7:01 pm, 8/26/24

# In The United States District Court
# For the District of Wyoming

Alan B. Johnson, United States District Judge

| | |
|---|---|
| Becky Harris, Courtroom Deputy | August 26, 2024 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Ani Zotti & Jared Solomon, Law Clerks | Case No. 1:22-cr-00028-ABJ-1 |

USA,                                              Attorney(s):  Margaret Vierbuchen

       Plaintiff,

v.

JOSEPH LEE BEECHER,                  Attorney(s):  Pro Se
                                                 (Tom Fleener, Standby Counsel)

       Defendant.

## JURY TRIAL MINUTES – DAY 1

| | |
|---|---|
| 1:36 p.m. | Court in session. Margaret Vierbuchen for the United States. Defendant representing himself, along with Tom Fleener as Standby Counsel. Preliminary matters discussed. Witnesses will be sequestered. |
| 1:53 p.m. | Above participants in attendance in the presence of 36 prospective Jurors. Opening remarks by the Court. Introduction of court staff. |
| 2:10 p.m. | Prospective Jurors given qualification oath. Qualification questions asked by the Court. Prospective jurors are qualified to serve as jurors in this case. |
| 2:30 p.m. | Introduction of the case by the Court. |
| 2:41 p.m. | Twelve jurors seated in the Jury Box: 23, 45, 11, 40, 43, 41, 5, 19, 30, 44, 24, 20. |

| | |
|---|---|
| 2:46 p.m. | Prospective Jurors given qualification oath to the case currently before the Court. Voir dire by the Court. |
| 3:04 p.m. | Court recessed for break. |
| 3:27 p.m. | Court resumes. Voir dire by the Court continues. |
| 3:30 p.m. | Introduction of counsel and others present at counsel table. Potential witnesses for the United States named by Counsel. Voir dire by the Court continues. |
| 3:42 p.m. | Juror 5 excused for cause. Juror 27 called. Voir dire by the Court continues. |
| 3:48 p.m. | Juror 27 excused for cause. Juror 9 called. Voir dire by the Court continues. |
| 4:11 p.m. | Jury passed for cause. First Round of Peremptory Challenges exercised by the parties. |
| 4:12 p.m. | Jurors 40 and 45 thanked and excused. Jurors 31 and 26 called. Voir dire by the Court. |
| 4:18 p.m. | Juror 26 excused for cause. Juror 38 called. Voir dire by the Court continues. |
| 4:25 p.m. | Second Round of Peremptory Challenges exercised by the parties. |
| 4:27 p.m. | Jurors 20 and 30 thanked and excused. Jurors 42 and 6 called. Voir dire by the Court. |
| 4:34 p.m. | Third Round of Peremptory Challenges exercised by the parties. |
| 4:35 p.m. | Jurors 24 and 9 thanked and excused. Jurors 3 and 2 called. Voir dire by the Court. |
| 4:43 p.m. | Juror 2 excused for cause. Juror 22 called. Voir dire by the Court continues. |
| 4:47 p.m. | Fourth Round of Peremptory Challenges exercised by the parties. |
| 4:48 p.m. | Jurors 6 and 43 thanked and excused. Jurors 12 and 32 called. Voir dire by the Court. |
| 4:57 p.m. | Fifth Round of Peremptory Challenges exercised by the parties. |

| | |
|---|---|
| 4:58 p.m. | Jurors 41 and 32 thanked and excused. Jurors 8 and 10 called. Voir dire by the Court. |
| 5:09 p.m. | The United States moves to challenge Juror 10. She is excused for cause. Juror 17 called. Voir dire by the Court continues. |
| 5:19 p.m. | Court recessed for break. |
| 5:32 p.m. | Court resumes. Matters discussed outside the presence of the Jury. |
| 5:36 p.m. | Jury returns to the courtroom. Voir dire by the Court. |
| 5:38 p.m. | Sixth Round of Peremptory Challenges exercised by the parties. |
| 5:41 p.m. | Juror 8 thanked and excused. Juror 25 called. Voir dire by the Court. |
| 5:45 p.m. | Defendant moves to challenge Juror 25. She is excused for cause. Juror 21 called. Voir dire by the Court. |
| 5:49 p.m. | Defendant moves to challenge Juror 21. He is excused for cause. Juror 39 called. Voir dire by the Court. |
| 5:52 p.m. | Jurors 15, 14, 18, 34 called for alternate juror voir dire. Voir dire by the Court. |
| 6:05 p.m. | Alternate Peremptory Challenges exercised by the parties. |
| 6:06 p.m. | Jurors 34 and 14 thanked and excused. Jurors 15 and 18 remain as the Alternate Jurors. |
| 6:08 p.m. | Jurors 23, 38, 11, 31, 17, 39, 22, 19, 12, 44, 3, 42 along with Jurors 15 and 18 as the Alternates remain and counsel agrees this is the chosen panel. Jurors not used thanked and excused. |
| 6:10 p.m. | The Court addressed the Jury. |
| 6:18 p.m. | JURY EMPANELED AND SWORN. |
| 6:20 p.m. | Jury excused. Trial recessed until 8/27/2024 at 8:30 a.m. |