FILED



4:48 pm, 8/28/24

Margaret Botkins
Clerk of Court

# In The United States District Court
# For the District of Wyoming

Alan B. Johnson, United States District Judge

Becky Harris, Courtroom Deputy
Melanie Sonntag, Court Reporter
Ani Zotti & Jared Solomon, Law Clerk

August 28, 2024
Cheyenne, Wyoming
Case No. 1:22-cr-00028-ABJ-1

USA,

Plaintiff,

Attorney(s): Margaret Vierbuchen

v.

JOSEPH LEE BEECHER,

Defendant.

Attorney(s): Pro Se
(Tom Fleener, Standby Counsel)

## JURY TRIAL MINUTES – DAY 3

8:35 a.m. Court resumes. Matters discussed outside the presence of the Jury.

8:37 a.m. Jury returns to the courtroom.
**Special Agent Nicole Jones returns to the witness stand.**
Direct examination by Ms. Vierbuchen continues.
(Exhibit(s): 156, 157, 157A, 155, 158)

8:48 a.m. **The United States calls Special Agent Amanda Fritz.**
Witness placed under oath. Direct examination by Ms. Vierbuchen.
(Exhibit(s): 62, 159)

9:08 a.m. **The United States rests.**
**Opening Statement by Defendant.** The United States objects.

9:15 a.m. Jury excused from the courtroom. Matters discussed outside their presence.

9:26 a.m. Jury returns to the courtroom. **The Defendant rests.** Evidence is closed.

9:28 a.m. Jury excused until 10:30 a.m. Matters discussed outside their presence.

9:29 a.m. Court recessed for break.

10:07 a.m. – 10:20 a.m. Jury Instruction Conference held without the presence of the Defendant.

10:42 a.m. Court resumes. Matters discussed outside the presence of the Jury.
**Exhibits 140 and 141 are withdrawn.**

10:54 a.m. Jury returns to the courtroom.
Evidentiary Instructions read and published to the Jury.

11:29 a.m. **Closing Arguments for the United States by Ms. Vierbuchen.**

11:55 a.m. Court recessed for break.

12:10 p.m. Court resumes. Jury returns to the courtroom.
**Closing Arguments by Defendant.** The United States objects.

12:16 p.m. Jury excused from the courtroom. Matters discussed outside their presence.

12:25 p.m. Jury returns to the courtroom. Rebuttal by Ms. Vierbuchen.

12:27 p.m. Final Instructions read and published to the Jury.
Verdict Form read and published to the Jury.

12:41 p.m. Jury given further instruction.

12:51 p.m. Bailiff sworn.

12:52 p.m. Alternate jurors thanked and excused. Further direction given to the Jury.

1:07 p.m. Case submitted to Jury for deliberations. Court recessed.

2:50 p.m. Court resumes. Verdict has been reached.
Matters discussed outside the presence of the Jury.
Defendant does not contest forfeiture in this matter.

2:57 p.m. Jury returns to the courtroom.

2:58 p.m. Roll call of Jury taken.

3:00 p.m. Verdict turned over and inspected.
Verdict read by the Courtroom Deputy.
Defendant found GUILTY as to Count 1.
Defendant found GUILTY as to Count 2.
Defendant found GUILTY as to Count 3.
Defendant found GUILTY as to Count 4.

3:02 p.m. Jury polled with respect to the verdict.

3:03 p.m. Further instruction given to the Jury. Final remarks by the Court.

3:10 p.m. Jury excused.
Physical trial exhibits to be returned to the United States. Receipt to be filed.
Defendant remanded to USMS pending sentencing. Court recessed.

Day 3 witnesses:
Nicole Jones
Amanda Fritz