

**FILED**

*11:32 am, 3/5/25*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

VS.

JOSEPH LEE BEECHER,

Defendant,

Case No. 22-CR-00028-J

ORDER VACATING JUDGMENT AND DISMISSING INDICTMENT

This matter is before this court on remand from the Tenth Circuit Court of Appeals, following *Notice of Appellant's Death and Unopposed Motion to Dismiss Appeal and Abate Proceedings* from appellate counsel for Joseph Lee Beecher, and the Court having granted the Motion to Dismiss Appeal, remanded the case with directions to vacate the judgment of conviction and dismiss the underlying indictment. On December 5, 2024, Mr. Beecher was sentenced in the District Court for the District of Wyoming for offenses charged in an Indictment filed on March 17, 2022, (Doc. Nos. 19 and 141). This Court being fully informed,

**IT IS ORDERED AND ADJUDGED** that the Judgment and Commitment (Doc. No. 142) is **VACATED,** and the underlying Indictment (Doc. No. 19) is **DISMISSED.**

Dated this 5th day of March, 2025.

_____
Alan B. Johnson
United States District Judge